Jay K. Chien, SBN 251343
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200
e-mail: efile@ch13ac.com

United States Bankruptcy Court

Central District of California – Santa Ana Division

| | |
|---|---|
| In re: | Chapter 13 |
| Kelly Deniz Necar, | Case No.: 8:23-bk-11661-TA |
| Debtor(s). | **CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND REQUEST FOR DISMISSAL** |
| | Date:     10/18/2023<br>Time:     1:30 PM<br>Courtroom: 5B<br>Location:   411 W. 4th St., Santa Ana, CA 92701 |

   Amrane Cohen, Chapter 13 Trustee, ("Trustee") objects to confirmation of Debtor's proposed chapter 13 plan. The confirmation hearing is currently set on the date, time, and location indicated above.

   Notice is hereby given that unless an earlier date is provided by the Local Bankruptcy Rules ("LBR"), any documents requested herein or required to be provided to the Trustee must be provided not later than seven (7) calendar days prior to the confirmation hearing.

   The current plan was filed on 8/30/23.

//

//

//

**<u>Trustee's objections to confirmation are based on the following grounds:</u>**

1. **Debtor is not current on plan payments required pursuant to 11 U.S.C § 1326(a).**
   a. Delinquent plan payments totaling $4,948.00 will be due by the confirmation hearing date.

2. **The Debtor has failed to file the following mandatory court forms required pursuant to LBR 9011-1(b)(2):**
   a. Amended **Declaration regarding taxes and domestic support:** Form F 3015-1.08.DEC.TAX.DSO, Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) MANDATORY once missing tax returns are filed. Debtor's declaration indicates they do not earn sufficient income to be required to file tax returns. However, the IRS' filed proof of claim #1 indicates Debtor may be required to file multiple prior missing tax years' returns. From questioning at the 341(a) Meeting of Creditors, it may be the situation that while Debtor had net income that would not result in significant tax liability, Debtor may have earned gross income requiring the filing of a tax return.

3. **The Debtor has failed to provide the Trustee with the following documents requested for the 341(a) Meeting of Creditors:**
   a. Trustee has not received copies of Debtor's 2020-2021 federal and state income tax returns requested by the Trustee pursuant to 11 U.S.C § 521(a)(3) and (4), 11 U.S.C § 521 (e)(2)(A)(i) and (B), and LBR 3015-1(c)(3). Due to the disputed issue if whether Debtor is in fact required to file tax returns discussed above, Debtor may owe copies of these missing returns to the Trustee.

2

4. **The plan does not sufficiently provide for the full payment of all claims entitled to priority in the case required pursuant to 11 U.S.C § 1322(a)(2).**
    a. Creditor IRS has filed court proof of claim #1 indicating a priority claim of $22,828.01. Debtor's chapter 13 plan does not provide for this claim.
5. **Secured creditor(s) have not filed court proofs of claims. The regular claims bar date will pass on 10/25/23. If by that date the creditors do not file proofs of claims, Debtor will need to file proofs of claims on the creditors' behalf or the creditors may not be paid thru the plan. Further, Trustee requires information from those claims in order to properly administer the conduit payments proposed by the plan.**

For the reasons stated forth above, if the issues are not addressed Trustee requests that confirmation of the chapter 13 plan be denied and the case be dismissed for failure to confirm a chapter 13 plan. Dismissal is in the best interests of creditors. Trustee is unaware that there exists any grounds for conversion of this case to any other chapter of bankruptcy.

Dated: October 11, 2023     /s/ Jay K. Chien
Staff attorney for
Amrane Cohen, Chapter 13 Trustee

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 11, 2023     /s/ Jay K. Chien
Jay K. Chien

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND REQUEST FOR DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/11/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen efile@ch13ac.com
US Trustee ustpregion.16.sa@usdoj.gov
Halli B Heston hheston@hestonlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/11/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kelly Deniz Necar
25962 Via Del Sur
Mission Viejo, CA 92691

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/11/2023 | Aldo Amaya | /s/ Aldo Amaya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**